In the Matter of the Application of JOHN A. BENSEL et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate in the Towns of Mount Pleasant and Greenburgh.

THE CITY OF NEW YORK, Appellant; ALEXANDER S. COCHRAN, Respondent.

*Matter of Bensel*, 152 App. Div. 499, affirmed.
(Argued January 8, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 10, 1912, which modified, and affirmed as modified, an order of Special Term confirming an award made in condemnation proceedings.

*Archibald R. Watson, Corporation Counsel* (*I. J. Beaudrias* of counsel), for appellant.

*Woodson R. Oglesby* and *A. S. Oglesby* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.